In the Matter of the Probate of a Paper Writing Purporting to be the Last Will and Testament of JOSEPH ALBINGER, Deceased.

NICHOLAS LAUER, Appellant ; ANNA NIEMANN et . al., Respondents.

*Matter of Albinger*, 47 App. Div. 643, appeal dismissed.
(Argued April 15, 1901; decided April 23, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 9, 1900, affirming a decree of the Westchester County Surrogate's Court refusing to admit to probate a certain paper writing purporting to be the last will and testament of Joseph Albinger, deceased.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact are supported by the evidence, that the exceptions are frivolous and that no question of law is presented for review.

*Richard M. Bruno* for motion.

*John Van Voorhis* opposed.

Motion granted and appeal dismissed, with costs.